

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Angela
Anne Lynch Childers and James Abraham
Childers, III

No. 06-23-00007-CV

Appeal from the County Court at Law No.
1 of Parker County, Texas (Tr. Ct. No.
CIV-20-0362). Memorandum Opinion
delivered by Justice Rambin, Chief Justice
Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED AUGUST 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk